UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA SUE WILLS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:20-cv-576

HONORABLE PAUL L. MALONEY

# JUDGMENT

In accordance with the opinion entered today (ECF No. 20), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Dated: March 11, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge